IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:                                          *

ELIZABETH SELINA NORRIS               *          Case No:  25-14367-MCR
                                                                    (Chapter 13)
    Debtor                                     *

    *     *     *     *     *     *     *     *     *     *     *     *

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Catherine Keller Hopkin ("Hopkin") moves to withdraw her appearance as counsel in this case pursuant to Local Rule 9010-4(b), and in support thereof states:

1.     Hopkin and the law firm of YVS Law, LLC ("YVS Law") have appeared in this case on behalf of Elizabeth Selina Norris (the "Debtor").[1]

2.     YVS Law has advised the Debtor that YVS Law cannot continue to represent the Debtor in light of good cause for withdrawal, including but not limited to a fundamental disagreement as to how to proceed with respect to various defenses, claims, and legal strategies that the Debtor is entitled to pursue but that YVS Law fundamentally disagrees with.[2]

3.     The undersigned hereby certifies that:

(a)     The name and last known address of the Debtor are:

    Elizabeth Selina Norris
    15623 Riding Stable Road
    Laurel, Maryland 20707

(b)     A written notice has been mailed to or otherwise served upon the Debtor at least seven (7) days prior to the filing of this Motion advising the Debtor of counsel's proposed withdrawal and notifying the Debtor that she must have new counsel enter an appearance or she must advise the Clerk that the client will be proceeding without an attorney.  It is YVS Law's understanding that the Debtor intends to retain replacement bankruptcy counsel.

4.     Pursuant to Local Rule 9013-2, no separate memorandum of law is being filed and the movant will rely solely upon this Motion.

---

[1] YVS Law assisted the Debtor with drafting and filing an objection to a pending motion for relief from the automatic stay, as well as a motion to convert the case to chapter 11, which engagement started in late July 2025.
[2] *See* Md. Rule 19-301.16.

WHEREFORE, Catherine Keller Hopkin and YVS Law, LLC request that this Court enter an Order granting leave to withdraw their appearance effective immediately and such other and further relief as is just and appropriate.

/s/ Catherine Keller Hopkin
Catherine Keller Hopkin, 28257
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland  21401
(443) 569-0788
chopkin@yvslaw.com

VERIFICATION

I, Catherine Keller Hopkin, hereby declare under the penalties of perjury that the matters set forth in the foregoing Motion are true and correct and based upon my personal knowledge.

Date:        September 3, 2025                    /s/ Catherine Keller Hopkin
                                                 Catherine Keller Hopkin

CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of September 2025, notice of filing the Motion for Leave to Withdraw Appearance was served by CM/ECF to those parties listed on the docket as being entitled to such electronic notices, which parties are identified on the attached service list.

/s/ Catherine Keller Hopkin
Catherine Keller Hopkin

**The following parties received
CM/ECF notice of the filing:**

Randa Azzam, Esquire
(logsecf@logs.com)
Counsel for Deutsche Bank Trust Co.
Logs Legal Group, LLP
10130 Perimeter Parkway, Suite 400
Charlotte, North Carolina  28216

Catherine Keller Hopkin, Esquire
(chopkin@yvslaw.com)
Counsel for Debtor
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland  21401

Bizhan Beiramee, Esquire
(bbeiramee@beiramee.com)
Counsel for First Savings Mortgage Corp.
Beiramee Law Firm, P.C.
7508 Wisconsin Avenue, Second Floor
Bethesda, Maryland  20814

Timothy P. Branigan, Chapter 13 Trustee
(cmecf@chapter13maryland.com)
9891 Broken Land Parkway, Suite 301
Columbia, Maryland  21046